IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY E. NOLES,
    Plaintiff,

vs.                                  CASE NO.: 3:07cv31/LAC/MD

CAPTAIN A.E. BROWN and
SERGEANT R. RADFORD,
    Defendants.

_____

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 22, 2008. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The defendants' motion for summary judgment (doc. 23) is GRANTED.

    3.    The plaintiff's cross-motion for summary judgment (doc. 25) is DENIED.

    DONE AND ORDERED this 6th day of March, 2008.

                                    s/*L.A. Collier*
                                    **LACEY COLLIER**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**